**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>MAE C WALKER<br><br>Debtor(s) | Case No. 16-32347 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/10/2016.

2) The plan was confirmed on 01/09/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/18/2017.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,002.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,002.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $756.08 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $46.08 |
| Other | $164.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$966.16** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARGON AGENCY | Unsecured | NA | 1,159.09 | 0.00 | 0.00 | 0.00 |
| Accounts Receivable Ma | Unsecured | 65.05 | NA | NA | 0.00 | 0.00 |
| ACS RECOVERY SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 471.25 | NA | NA | 0.00 | 0.00 |
| America's Fi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ANGEL WALKER | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | 20,026.57 | NA | NA | 0.00 | 0.00 |
| CARDIAC BILLING SERVICE | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| CELTIC BANK/CONTFINCO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,915.80 | 3,935.80 | 3,935.80 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 678.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 480.99 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 609.69 | 1,847.11 | 1,847.11 | 0.00 | 0.00 |
| COMMUNITY PATHOLOGY ASSOCIA | Unsecured | 54.70 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 510.95 | NA | 510.95 | 35.84 | 0.00 |
| Credit Collection | Unsecured | 413.28 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 465.23 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 784.05 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 559.50 | NA | NA | 0.00 | 0.00 |
| EMERGENCY ROOM CARE PROVIDE | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY ROOM CARE PROVIDE | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 125.32 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SVCS LTI | Unsecured | 33.20 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FOUNDATION FOR EMERGENCY | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION FOR EMERGENCY | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK | Unsecured | 541.85 | NA | NA | 0.00 | 0.00 |
| HELVEY & ASSOC | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| HOLY CROSS HOSPITAL | Unsecured | 49.80 | NA | NA | 0.00 | 0.00 |
| HOME HEALTH LLC | Unsecured | 79.95 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | 1,440.13 | 1,206.08 | 1,206.08 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| INTERCOASTAL FINANCIAL LLC | Unsecured | NA | 430.00 | 430.00 | 0.00 | 0.00 |
| JAMES SCHIAPPA MD SC | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| KROGER | Unsecured | 111.16 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY | Unsecured | 274.32 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE RECOVERY ASSOC LLC | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 359.65 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 667.94 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary | Unsecured | 468.67 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 740.68 | NA | NA | 0.00 | 0.00 |
| MCS COLLECTIONS | Unsecured | 33.20 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 645.25 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 2,198.74 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,312.35 | 1,312.35 | 1,312.35 | 0.00 | 0.00 |
| POLMUR INVESTMENTS LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 505.60 | NA | NA | 0.00 | 0.00 |
| QC Lenders | Unsecured | 981.42 | NA | NA | 0.00 | 0.00 |
| RACHELLE EDMONDS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| RADADVANTAGE | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING SPECIALISTS | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions | Unsecured | 125.32 | NA | NA | 0.00 | 0.00 |
| SECOND ROUND LP | Unsecured | 494.41 | NA | NA | 0.00 | 0.00 |
| SINAI HEALTH SYSTEM | Unsecured | 404.20 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Suntrust Bank | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| SURGE CREDIT | Unsecured | 153.99 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Unsecured | 64.95 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SVC | Unsecured | 138.63 | NA | NA | 0.00 | 0.00 |
| UN HOLDINGS LLC | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL RADIOLOGY LTD | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BURR RIDGE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VIN CAPITAL | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Wow | Unsecured | 350.57 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $510.95 | $35.84 | $0.00 |
| **TOTAL SECURED:** | **$510.95** | **$35.84** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,731.34** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $966.16 |
| Disbursements to Creditors | $35.84 |
| **TOTAL DISBURSEMENTS :** | **$1,002.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/19/2017                By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**